THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CARTER, Appellant.— Motion denied as to denial of the oral motion during the course of the hearing before the Onondaga County Court on August 4, 1960, upon the ground that there is not presently pending in this court any appeal therefrom. Motion granted to prosecute appeal on original papers, typed briefs, from order of December 3, 1960, and Raymond Hackbarth, Esq., assigned as counsel.

LEO H. GOODMAN, Respondent, v. JOHN S. CUNNINGHAM, Appellant. (B) In the Matter of the Construction of the Will of TINA H. HALE, Deceased. (And two Other Proceedings.) — [In each action] Appeal dismissed unless records and briefs are filed and served on or before April 12, 1961. Respondent's brief must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

DONALD ATKINSON, Respondent, v. SPAULDING-YATES, INC., et al., Appellants.— Motion granted and conditional order modified to provide that record is to be filed by April 17, 1961; appellant Spaulding-Yates brief by April 19; appellant railroad brief by April 19; respondent's brief by April 29, 1961, in which event the case will be added to the May Term for argument.

In the Matter of RICHARD BOTENS et al., Appellants, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF CUBA, Respondent.— Motions granted to both parties to file and serve typewritten briefs. Appeal dismissed unless briefs are filed by April 12, 1961. Respondent's brief must be filed by April 27 if appeal is to be argued at May 1961 Term.

DONALD CLARK et al., Respondents, v. ALMEDA C. WATERS, Appellant. — Motion granted and case added to calendar for Wednesday, April 5, 1961.

In the Matter of the Accounting of FIRST TRUST & DEPOSIT Co., as Executor of ROBERT McLUSKY, Deceased.— Appeal dismissed unless records and briefs are filed and served on or before April 17, 1961. Respondent's brief must be filed by April 27 if appeal is to be argued at May 1961 Term.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH HOWARD BORRERO, Petitioner, v. GERALD HOWARD, Respondent.— Motion to dispense with printing certain papers on appeal denied on ground that the papers are insufficient, without prejudice to renew upon appropriate papers.